IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TELSON OKHIO** | : | **CIVIL ACTION NO. 1:16-cv-49** |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| **v.** | : | |
| | : | |
| **CHARLES AREKALIAN, ESQ.** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the captioned action is a January 13, 2016 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

**ACCORDINGLY**, this 3rd day of February 2016, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 5).

2)  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

3)  Pursuant to 28 U.S.C. § 1406, this action shall be transferred to the United States District Court for the District of New Jersey.

4)  The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania